UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDINA GEVORGYAN,<br><br>                          Petitioner,<br><br>            v.<br><br>PAMELA BONDI, et al.,<br><br>                      Respondents. | Case No. 5:26-cv-01966-JLS-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and the objections to the Report and Recommendation.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED as follows:

(1) that the petition is granted;

(2)  that Respondents are enjoined from continuing to detain Petitioner unless no later than **seven days from entry of this order**, she is provided with a bond hearing under 8 U.S.C. § 1226(a) at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses

a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings;

(3)  Within 10 days of this Order, Respondents shall lodge with the Court a transcript (or recording) of the bond hearing.

(4)  The proceedings shall continue before the Magistrate Judge, including for any determination of mootness.

DATED:  May 19, 2026

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE