# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDINA GEVORGYAN, | Case No. 5:26-cv-01966-JLS-SSC |
| Petitioner, | |
| v. | **JUDGMENT** |
| PAMELA BONDI, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is granted.

DATED: June 10, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2